FILED
2023 Sep-11  PM 06:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

### Northern District of Alabama

### Civil Division

2023 SEP 11  P 1: 17

U.S. ___ ___ ___
N.D. OF ALABAMA

**DAVID ANTHONY Land**

Case No. ~~1:23-CV-1184 clm~~

*(to be filled in by the Clerk's Office)*

2:23-cv-11985-CLM

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

**David Bruce Cash**

Jury Trial: *(check one)* ☐ Yes ☑ No

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DAVID ANTHONY Land |
| Address | 170 Woodridge Trail |
| | Oxford                          AL              36203 |
| | City                      State            Zip Code |
| County | Talladega |
| Telephone Number | (256) 283-7432 |
| E-Mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | David Bruce Cash |
| Job or Title (if known) | Oxford Police Officer |
| Address | 429 Lillian Ln |
| | Anniston                        Al              36207 |
| | City                      State            Zip Code |
| County | Calhoun |
| Telephone Number | (256) 310-9200 |
| E-Mail Address (if known) | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | William (AKA: Bill) Partridge |
| Job or Title (if known) | Chief of Police |
| Address | 600 Stanley Merrill Dr. |
| | Oxford                          AL              36203 |
| | City                      State            Zip Code |
| County | Calhoun |
| Telephone Number | (256) 831-3121 |
| E-Mail Address (if known) | |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

Name *Alton Craft*

Job or Title *(if known)* *Mayor of Oxford*

Address *145 Hamrick @ DR.*

*Oxford*         *AL*       *36203*

*City*          *State*     *Zip Code*

County *Calhoun*

Telephone Number *(256) 831-1750*

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

        *City*          *State*     *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? On the 3rd of September 2023 I discovered the applicable law which proves a 4th Amendment violation by the Defendant. Specially she did in fact place her right index finger in may chest, ordering me to back up. I had to ask her four times to please remove your hand from my chest. She also had her weapon and a badge on showing authority over me. I did not feel safe to just walk away given that she had a weapon and I had nothing. Attached is the email I sent to the former Sheffield Police where she was

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

On or about the 1 of July 2023 my wife and my youngest daughter informed me that I have 1st Amendment right to privacy that I did not know I had. After reading the laws of the US Constitution, I discover that Office David B. Cash did in fact violate my 1st Amendment right to privacy. The video containing this violation has been seen by Donald Stewart, a former member of the District Attorney's office who by I am not permitted to reveal, by Officer Chris J. Hughes, and an untold number of people

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
12 Elm Street, Oxford Alabama 36203

B.    What date and approximate time did the events giving rise to your claim(s) occur?
The 16th of May 2018 2018 at approximately 3:30 pm CST.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Officer David B. Cash did knowing provide former Lieutenant, and Deputy Regina Erin Burns, with the following statement: "We know who he is, he has done this before, he has reported us for speeding going 5 mph over the speed limit." As a statement of fact, first Office Cash had no right or authority to divulge any information regarding me, and my interactions with the Oxford, Alabama Police. Secondly, as a statement of fact, I have never reported any Oxford police officer for going 5 mph over the speed limit. I have reported one officer who was speeding. His response when asked why he was speeding, was: "I don't know." I have reported one other officer and that was a former Alabama State trooper for speeding. I have reported two other Oxford officers, one for tail gaiting, and weaving in and out of traffic to get the front of the line. I also reported an Oxford officer for having a very personal telephone call, and without warning cutting off a grey older model Buick, to make a left hand turn with a signal. That is sum total of police I have reported minus former Lieutenant Regina Cantrell Burns (AKA: Regina Erin Burns).

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Your honor I have made every attempt to make fair and reasonable offers to everyone. No one wants to settle, and they feel as though they can break the law without being held accountable. Am I the anomaly as far a reporting police officers for breaking the laws of Alabama? I hope that is not the case, but I did absolutely nothing wrong in my effort to saves the lives of untold dozens of vehicles on the interstate on the 16th of May 2018.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I have attempted to negotiate in good faith with Officer Cash, but the Oxford City attorney, interrupted my ability to come to a conclusion with Officer Cash. I could have just as easily filed a complaint for tampering with a witness which would have cost him his job. I lieu of that, I am seeking the sum of $1 million dollars from Officer Cash. I will be seeking the same from the City of Oxford, or the Oxford Police if the City has some immunity that I am unaware of, for their abject failure to ensure that their officers are well trained, know the laws of Alabama, as well as the US Constitution, to ensure that incidents like to do not reoccur.

While I failed to mention this is the case against Deputy Regina Cantell (AKA: Regina Erin Burns) I will be seeking the same from the City of Sheffield and the Sheffield Police. I have named them specifically by name in that case, as I have done here.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8 Sep 2023

Signature of Plaintiff

Printed Name of Plaintiff    DAVID A. LAND

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    (256) 283-7432

E-mail Address

Print          Save As...          Add Attachment          Reset

I am also including another DVD for whomever takes the Complaint for Officer David Cash interviewing former Lieutenant Regina Cantrell Burns, now Deputy Regina Erin Burns. Violating my 1st Amendment right to privacy.

This DVD has been seen by Donald Stewart, Chris J. Hughes, a former ADA whose name I am not permitted by law to state. as well as no telling how many other people within the Calhoun County DA's office. The City of Oxford attorney calls my Allegations frivolous. They are anything but your honor. Officer Cash had no reason or authority to say anything about me. I only discovered I had a right to privacy after my wife told me, and then my youngest told me the same thing two months ago. If you want a statement from either of them, I will be happy to acquire anything you wish. My time is running short to file anything your honor. I have until the 14th of September 2023 to get everything filed. Primarily because the Judge I have has refused to provide the actual body cams. I discovered yesterday when speaking with Attorney Jason Wollitz, that this is par for the course when you attempt to prosecute an attorney or the police. Why is that your honor? I have fought tooth and nail to gain as much evidence as possible.